**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SOMETHING SWEET ACQUISITION,<br>Inc., *et al.*[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 21-10992 (CSS)<br><br>(Joint Administration Pending) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED
DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR JULY 15, 2021 AT 2:00 P.M. (EASTERN TIME), BEFORE THE
HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST APPEAR
THROUGH ZOOM.**

**ALL PARTICIPANTS ARE REQUIRED TO REGISTER IN ADVANCE, NO LATER
THAN WEDNESDAY, JULY 14, 2021 AT NOON, TO APPEAR VIA ZOOM.**

**PARTIES SHOULD USE THE FOLLOWING LINK, NO LATER THAN WEDNESDAY,
JULY 14, 2021 AT NOON, TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItde2hqTwrEwJiUPvwQaO1vv78i7na9fQ

**REGISTERED PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING
PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**AUDIO WILL BE PROVIDED BY ZOOM AND COURTCALL WILL NOT BE USED.**

A. **Chapter 11 Voluntary Petitions:**

1. Something Sweet Acquisition, Inc. – Case Number 21-10992 (CSS).

2. Something Sweet, Inc. – Case Number 21-10993 (CSS).

---

[1] The names and last four digits of the tax identification numbers for each of the Debtors are as follows: Something Sweet Acquisition, Inc. (1256); Something Sweet, Inc. (8621). The Debtors' corporate address is 724 Grand Avenue, New Haven, CT 06511.

PLEASE TAKE FURTHER NOTICE that in addition to filing the Petitions, the Debtor filed the following first day motions and related documents (collectively, the "***First Day Motions***"):

B. **First Day Declaration:**

3. Declaration of Lawrence Fox in Support of the Debtors' Chapter 11 Petition and Requests for First Day Relief [D.I 10 – filed July 9, 2021].

C. **First Day Motions:**

4. Motion of Debtors for Entry of Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015 (b). [D.I. 3 – filed July 9, 2021].

5. Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management Systems, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) [D.I. 4 – filed July 9, 2021].

6. Motion of the Debtors for Order (A) Authorizing the Debtors to (I) Maintain and Renew Existing Insurance Policies; (II) Continue Insurance Premium Financing; (III) Pay Insurance Premium Financing Obligations Arising Thereunder; and (B) Authorizing Financial Institutions to Honor All Obligations Related Thereto [D.I. 5 – filed July 9, 2021].

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Authorizing Debtors to Obtain Post-Petition Financing, (III) Granting Adequate Protection Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 9 – filed July 9, 2021].

D. **Related Documents:**

8. Order approving Debtors' Motion to Shorten Notice with Respect to Debtors' First Day Motions [D.I. 13 – entered July 10, 2021].

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the First Day Motions is scheduled for **July 15, 2021 at 2:00 p.m. (EST)** before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware (the "**First Day Hearing**").  The First Day Hearing will be conducted via Zoom.  Parties who wish to participate in the First Day Hearing are required to register in advance, no later than Wednesday, July 14, 2021 at noon, to appear via Zoom.  Parties should use the following link to register for the hearing: https://debuscourts.zoomgov.com/meeting/register/vJItde2hqTwrEwJiUPvwQaO1vv78i7na9fQ
Registered parties will receive a confirmation email containing personal log-in information for the First Day Hearing.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

**BIELLI & KLAUDER, LLC**

Dated: July 13, 2021
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*