# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------o
: 
In re: : Chapter 11
: 
SOMETHING SWEET ACQUISITION, INC., : Lead Case No. 21-10992 (CSS)
*et al.*, :
: NOTICE OF APPOINTMENT OF
Debtors. : COMMITTEE OF UNSECURED
---------------------------------o CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Choptank Transport, Inc.**, Attn: James Lee, 3601 Choptank Road, P.O. Box 99, Preston, MD 21655, Phone: (410) 673-1240, E-mail: james.lee@choptanktransport.com

2. **Bunge Loders Croklaan**, Attn: Greg Zemaitis, 1391 Timberlake Manor Parkway, Chesterfield, MO 63017, Phone: (636) 292-2604, E-mail: Greg.Zemaitis@Bunge.com

3. **Archer Daniels Midland Co.**, Attn: Mark Speiser, 4666 Faries Parkway, Decatur, IL 62526, Phone: (217) 451-7546, E-mail: Mark.Speiser@adm.com

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

/s/ *Benjamin Hackman*    for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE
benjamin.a.hackman@usdoj.gov

DATED: July 21, 2021

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: David Klauder, Phone: (302) 803-4600, Fax: (302) 397-2557