**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SOMETHING SWEET ACQUISITION, | : | Case No. 21-10992 (CSS) |
| INC., *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firms of Horwood Marcus & Berk Chartered and Armstrong Teasdale LLP hereby enter their appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as counsel to the Official Committee of Unsecured Creditors, (the "Committee"), and hereby request that all notices given or required in the Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the following:

<div style="display:flex;justify-content:space-around;text-align:center;">

HORWOOD MARCUS
& BERK CHARTERED
Aaron L. Hammer, Esq.
Nathan E. Delman, Esq.
Elysa J. Chew, Esq.
500 West Madison, Suite 3700
Chicago, IL 60661
Telephone:  (312) 606-3200
Email:  ahammer@hmblaw.com
ndelman@hmblaw.com
echew@hmblaw.com

ARMSTRONG TEASDALE LLP
Rafael X. Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone:  (302) 824-7089
Email:  rzahralddin@atllp.com
skinsella@atllp.com

</div>

---

[1]   The Debtors in these jointly administered cases are:  Something Sweet Acquisition, Inc. (Tax ID: 1256) and Something Sweet, Inc. (Tax ID: 8621).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive the Committee's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  July 29, 2021

ARMSTRONG TEASDALE LLP

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (No. 4166)
Shelley A. Kinsella (No. 4023)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone:  (302) 824-7089
Email:  rzahralddin@atllp.com
skinsella@atllp.com

and

HORWOOD    MARCUS    &    BERK
CHARTERED
Aaron L. Hammer, Esq.
Nathan E. Delman, Esq.
Elysa J. Chew, Esq.
500 West Madison, Suite 3700
Chicago, IL 60661
Telephone:  (312) 606-3200
Email:  ahammer@hmblaw.com
ndelman@hmblaw.com
echew@hmblaw.com

*Proposed Counsel to the Official
Committee of Unsecured Creditors*