# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SOMETHING SWEET ACQUISITION, INC., *et al.*,[1]<br>            Debtors. | Chapter 11<br><br>Case No. 21-10992 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE THAT:**

      1.    On July 22, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion (the "Motion")[2] [Docket No. 70] for entry of orders, among other things (i) approving bidding procedures (the "Bidding Procedures") in connection with the sale (the "Sale") of substantially all assets (collectively, the "Assets") of the Debtors, (ii) scheduling an auction and a hearing (the "Sale Hearing") to consider approval of the Debtors entering into a Sale, (iii) approving the form and manner of notice thereof and (iv) granting related relief. The Motion additionally requests entry of an order or orders (i) authorizing and approving a Sale free and clear of liens, claims, encumbrances and interests, (ii) approving the assumption and assignment of executory contracts and unexpired leases and (iii) granting related relief.

      2.    The Debtors are seeking to sell the Assets to the Successful Bidder or Back-Up Bidder. Approval of the sale of assets to either the Successful Bidder or Back-Up Bidder may result in, among other things, the assumption, assignment and/or transfer by the Debtors of certain executory contracts and unexpired leases. If you are a party to an executory contract or lease with one or more of the Debtors, you will receive a separate notice that contains relevant dates and other information that may impact you as a party to an executory contract or lease.

      3.    On August 16, 2021, the United States Bankruptcy Court for the District of Delaware entered the Bidding Procedures Order. Pursuant to the Bidding Procedures Order, if the Debtors receive any Qualified Bids (as defined in the Bidding Procedures), the auction for the Assets shall take place on **September 20, 2021, at 10:00 a.m. (prevailing Eastern Time)**, at the offices of Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, or at such other place and time as the Debtors shall notify all Qualified Bidders and other invitees. Only parties that have submitted a Qualified Bid in accordance with the Bidding Procedures, attached to the Bidding Procedures Order as Schedule 1, by no later than **September 16, 2021, at 5:00 p.m. (prevailing Eastern Time)** (the "Bid Deadline"), may participate at the Auction. Any party that

---

[1]     The Debtors in these jointly administered cases are Something Sweet Acquisition, Inc. (Tax ID: 1256); and Something Sweet, Inc. (ID: 8621).

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

wishes to take part in this process and submit a bid for the Assets must submit its bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

4. The Sale Hearing to consider approval of the Sale of the Assets to the Successful Bidder or Back-Up Bidder free and clear of all liens, claims and encumbrances will be held before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court District of Delaware, 824 N. Market St., Wilmington, DE 19801 on **September 28, 2021, at 10:00 a.m. (prevailing Eastern Time)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

5. Objections, if any, to the Sale, or the relief requested in the Motion (other than with respect to cure amounts and adequate assurance which are subject to a separate notice) must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) be filed with the Clerk of the Bankruptcy Court, 824 N. Market St., Wilmington, DE 19801, on or before **4:00 p.m. (prevailing Eastern Time) on September 16**, **2021**; and (d) be served so as to be received no later than 5:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Something Sweet, Inc., 724 Grand Avenue, New Haven CT 06511; (ii) proposed counsel for the Debtors, Bielli & Klauder LLP, 1204 N. King Street, Wilmington, DE 19801 (dklauder@bk-legal.com); (iii) counsel for the DIP Lender, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19801, Attn: Robert J. Dehney (rdehney@morrisnichols.com); (iv) counsel for Accord Financial Inc., 25 Woods Lake Road, Suite 102, Grenville, SC 29606, Robinson & Cole LLP, 1201 N. Market Street, Suite 1406, Wilmington, DE 19801, Attn: Rachel Jaffe Mauceri (rmauceri@rc.com) and James F. Lathrop (jlathrop@rc.com); (v) counsel to the Loeb Entities, Goldstein & McClintock LLLP, 111 W. Washington Street, Suite 1221, Chicago, IL 60602, Attn: Harley Goldstein (harleyg@restructuringshop.com) with a copy via email to Maria Sawczuk (marias@restructuringshop.com); (vi) proposed counsel for the Official Committee of Unsecured Creditors, Horwood Marcus & Berk Chartered, 500 W. Madison, Suite 3700, Chicago, IL 60661, Attn: Aaron L. Hammer (ahammer@hmblaw.com) and Nathan E. Delman (ndelman@hmblaw.com); and (vii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Benjamin Hackman (Benjamin.a.hackman@usdoj.gov). UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING AND NOTICE.

6. This Notice and the Sale Hearing is subject to the complete terms and conditions of the Motion, the Bidding Procedures Order, and the Bidding Procedures, which shall control in the event of any conflict and the Debtors encourage parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Assets or in obtaining a copy of any related document, subject to any necessary confidentiality agreement, may make a written request to counsel for the Debtors, David M. Klauder, Esquire, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801. In addition, copies of the Motion, the Bidding Procedures Order, and this Notice can be found: (a) on the Court's website, http://ecf.deb.uscourts.gov; (b) with the Clerk of the Bankruptcy Court, 824 N. Market St.,

Wilmington, DE 19801; or (c) on the case website of the Debtor's claims agent at https://www.bankruptcy-claims.com/ss/.

**BIELLI & KLAUDER, LLC**

Dated: August 18, 2021
Wilmington, Delaware

/s/ David M. Klauder
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*Counsel to the Debtors
and Debtors-In-Possession*